Jeff Silvestri (NSBN #5779)
Rory T. Kay (NSBN #12416)
McDONALD CARANO LLP
2300 W. Sahara Ave, Suite 1200
Las Vegas, NV 89102
Telephone: 702.873.4100
Fax: 702.873.9966
jsilvestri@mcdonaldcarano.com
rkay@mcdonaldcarano.com

*Attorneys for Defendant EMG Acquisition Company of Nevada, LLC d/b/a Minute Loans*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER M. STANGEL,<br><br>Plaintiff,<br><br>v.<br><br>EMG ACQUISITION COMPANY OF NEVADA, LLC D/B/A MINUTE LOANS,<br><br>Defendant. | Case No.: 2:18-cv-01506-APG-CWH<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR DEFENDANT EMG ACQUISITION COMPANY OF NEVADA, LLC D/B/A MINUTE LOANS TO RESPOND TO PLAINTIFF HEATHER M. STANGEL'S COMPLAINT**<br><br>(First Request) |

Pursuant to LR IA 6-1 and 6-2, Defendant EMG Acquisition Company of Nevada, LLC d/b/a Minute Loans ("EMG" or "Defendant") and Plaintiff Heather M. Stangel ("Stangel" or "Plaintiff"), by and through their respective undersigned counsel, hereby stipulate and agree that EMG's time to answer or otherwise respond to the complaint shall be extended up to and including **September 14, 2018**.

///

///

///

///

This is the first stipulation for an extension of time to file an answer or other responsive document and it is made before EMG's deadline to respond.

DATED this 27th day of August, 2018.　　　　DATED this 27th day of August, 2018.

McDONALD CARANO LLP　　　　　　　　　HAINES & KRIEGER, LLC

By: /s/ *Rory T. Kay*　　　　　　　　　　　　By: /s/ *David H. Krieger*
　　Jeff Silvestri (NSBN #5779)　　　　　　　　David H. Krieger (NSBN 9086)
　　Rory T. Kay (NSBN #12416)　　　　　　　　8985 S. Eastern Ave, Suite 350
　　2300 W. Sahara Ave, Suite 1200　　　　　　Henderson, NV 89123
　　Las Vegas, NV 89102　　　　　　　　　　　Telephone: 702.880.5554
　　Telephone: 702.873.4100　　　　　　　　　Facsimile: 702.385.5518
　　Fax: 702.873.9966　　　　　　　　　　　　dkrieger@hainesandkrieger.com
　　jsilvestri@mcdonaldcarano.com
　　rkay@mcdonaldcarano.com　　　　　　　　　*Attorneys for Plaintiff*
　　　　　　　　　　　　　　　　　　　　　　*Heather M. Stangel*
*Attorneys for Defendant EMG*
*Acquisition Company of Nevada,*
*LLC d/b/a Minute Loans*

**ORDER**

Good cause appearing, IT IS SO ORDERED this  29  day August, 2018.

_____
UNITED STATES MAGISTRATE JUDGE