# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER M. STANGEL,<br><br>   Plaintiff,<br><br>v.<br><br>EMG ACQUISITIN COMPANY OF NEVADA, LLC D/B/A MINUTE LOANS,<br><br>   Defendants. | Case No.: 2:18-cv-01506-APG-CWH<br><br>**Order Staying Case Pending Arbitration**<br><br>[ECF No. 9] |

The parties' stipulation to stay the case pending arbitration **(ECF No. 9) is GRANTED**. The parties shall file a stipulation of dismissal or a joint status report by March 29, 2019.

Dated: September 28, 2018.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE