David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff,
HEATHER M. STANGEL

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| HEATHER M. STANGEL,<br><br>Plaintiff,<br><br>vs.<br><br>EMG ACQUISITION COMPANY OF NEVADA, LLC D/B/A MINUTE LOANS,<br><br>Defendant. | Case No.: **2:18-cv-01506-APG-CWH**<br><br>**NOTICE OF SETTLEMENT BETWEEN HEATHER M. STANGEL AND <u>EMG ACQUISITION COMPANY OF NEVADA, LLC D/B/A MINUTE LOANS</u>** |

**NOTICE IS HERBY GIVEN** that the dispute between HEATHER M. STANGEL ("Plaintiff") and Defendant EMG ACQUISITION COMPANY OF NEVADA, LLC D/B/A MINUTE LOANS ("MINUTE LOANS") has been resolved on an individual basis. The parties anticipate filing a Stipulation for Dismissal of the Action as to the named Plaintiff's claims against MINUTE

LOANS, with Prejudice, within 60 days. Plaintiff requests that all pending dates and filing requirements as to MINUTE LOANS be vacated and that the Court set a deadline sixty (60) from present for filing a Dismissal as to MINUTE LOANS.

Dated:  October 31, 2018

/s/ David H. Krieger, Esq.
David H. Krieger, Esq.

Attorneys for Plaintiff
***HEATHER M. STANGEL***