David H. Krieger, Esq.
Nevada Bar No. 9086
HAINES & KRIEGER, LLC
8985 S. Eastern Avenue, Suite 350
Henderson, Nevada 89123
Phone: (702) 880-5554
FAX: (702) 385-5518
Email: dkrieger@hainesandkrieger.com

Attorneys for Plaintiff
HEATHER M. STANGEL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HEATHER M. STANGEL, <br><br> Plaintiff, <br><br> v. <br><br> EMG ACQUISITION COMPANY OF NEVADA, LLC D/B/A MINUTE LOANS, <br><br> Defendant. | Case No. 2:18-cv-01506-APG-CWH <br><br> **NOTICE OF DISMISSAL WITH PREJUDICE** |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), EMG ACQUISITION COMPANY OF NEVADA, LLC D/B/A MINUTE LOANS, the Defendant, not having filed or served answers or motions for summary judgment; the Plaintiff in the above-entitled action, as to EMG ACQUISITION COMPANY OF NEVADA, LLC D/B/A MINUTE LOANS requests, authorizes, and directs the Clerk of the Court to enter a judgment of dismissal with prejudice, each party to bear its own attorney's fees and costs.

Dated:       December 11, 2018

Respectfully submitted,

By:   /s/David H. Krieger, Esq.
      David H. Krieger, Esq. (Nevada Bar No. 9086)
      HAINES & KRIEGER, LLC
      8985 S. Eastern Avenue, Suite 350
      Henderson, Nevada 89123
      *Attorney for Plaintiff*